ORIGINAL

FILED
U.S. DISTRICT COURT
2008 JAN -7 PM 2:52
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

EUGENE THOMAS,

  Plaintiff,

v.

           CASE NO. CV507-77

TODD THOMAS, Warden; PEGGY
ANN COOPER, Assistant Warden;
Sgt. ACIE LOTT; STEPHEN E.
CURRY; RICHARD MOORE,

  Defendants.

## O R D E R

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The claims against Richard Moore, Acie Lott, and Stephen E. Curry are **DISMISSED**. The claims against Todd Thomas and Peggy Ann Cooper remain pending.

SO ORDERED this 7th day of January, 2008.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA